In Matter of Estate of Ulreh Vogt, Deceased.
Frances Vogt, Petitioner-Appellee, v. Ulreh Vogt, Jr.,
as Administrator with Will Annexed of Estate of
Ulreh Vogt, Deceased, Respondent-Appellant.

Gen. No. 47,163.

First District, Second Division.
April 1, 1958.
Rehearing denied April 18, 1958.
Released for publication May 21, 1958.

Ernest Feldon (Harold F. Ronin, of counsel) respondent-appellant; Driscoll & Cleary, for petitioner-appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.